# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1295
Lower Tribunal No. 2020-CF-005346-A-O

_____

KERVINCE SENELUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Mark S. Blechman, Judge.

July 16, 2024

PER CURIAM.

   AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Kervince Senelus, Orlando, pro se.

Matthew J. Metz, Public Defender, and Susan A. Fagan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED